UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRENDA R. ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:09-CV-432-FL |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendations entered by the United States Magistrate Judge, to which an objection and response were timely filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 5, 2010, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner for proceedings consistent with the court's order and the memorandum and recommendations entered by the United States Magistrate Judge.

**This Judgment Filed and Entered on November 8, 2010, and Copies To:**

Jennifer Nicole Manning (via CM/ECF Notice of Electronic Filing)
Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing)
Craig B. Ormson (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)


November 8, 2010         DENNIS P. IAVARONE, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk